**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

SCOTT JEREMY SCHUSTER,

      Plaintiff,

-vs-

EQUIFAX INFORMATION
SERVICE LLC, EXPERIAN
INFORMATION SOLUTIONS, INC.,
TRANS UNION LLC, DIVERSIFIED
ADJUSTMENT SERVICE, INC., I.C.
SYSTEM, INC., PORTFOLIO
RECOVERY ASSOCIATES LLC, and
VERIZON WIRELESS SERVICEES
LLC,

      Defendants.

CASE NO. 1:24-cv-02578-JPB-RDC

## NOTICE OF SETTLEMENT AS TO DEFENDANT, VERIZON WIRELESS SERVICES LLC.

COMES NOW Plaintiff, SCOTT JEREMY SCHUSTER, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, VERIZON WIRELESS SERVICEES LLC, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 3rd day of July, 2024.

> **/s/ Octavio Gomez**
> Octavio "Tav" Gomez
> Florida Bar No.: 0338620
> Georgia Bar No.: 617963
> Pennsylvania No.: 325066
> The Consumer Lawyers PLLC
> 412 E. Madison St, Suite 916
> Tampa, FL 33602
> Cell: (813) 299-8537
> Facsimile: (844) 951-3933
> Tav@theconsumerlawyers.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 3rd day of July, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

> **/s/ Octavio Gomez**
> Octavio "Tav" Gomez
> Georgia Bar No.: 617963
> The Consumer Lawyers
> *Attorney for Plaintiff*