**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| SCOTT JEREMY SCHUSTER,<br><br>Plaintiff,<br><br>-vs-<br><br>EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, DIVERSIFIED ADJUSTMENT SERVICES, INC., I.C. SYSTEM, INC., PORTFOLIO RECOVERY ASSOCIATES LLC, and VERIZON WIRELESS SERVICES LLC,<br><br>Defendants. | CASE NO. 1:24-cv-02578-JPB-RDC |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO I.C. SYSTEM, INC.**

COMES NOW Plaintiff, SCOTT JEREMY SCHUSTER, and, Defendant, I.C. SYSTEM, INC., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, without prejudice, each claim and count therein asserted by Plaintiff, against the Defendant, I.C. SYSTEM, INC., in the above-styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Dated this 6th day of November 2024.

**/s/ Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar No.: 0338620
Georgia Bar No.: 617963
Pennsylvania No.: 325066
The Consumer Lawyers PLLC
501 E. Kennedy Blvd, Suite 610
Tampa, FL 33602
Cell: (813) 299-8537
Tav@theconsumerlawyers.com
*Attorney for Plaintiff*

**/s/ Joseph C. Proulx**
Joseph C. Proulx
Georgia Bar No.: 832707
Martin Golden Lyons Watts Morgan PLLC
410 Ware Boulevard, Suite 806
Tampa, FL 33619
Tel: (813) 251-3632
jproulx@mgl.law
*Attorney for Defendant, I.C. System, Inc.*